GERHARD WESSELS et al., Appellants, *v.* GUSTAVUS ADOLPHUS
    BOETTCHER, Respondent.

(Argued June 5, 1893; decided June 20, 1893.)

APPEAL from order of the General Term of the Supreme
Court in the first judicial department, made the first Monday
of May, 1893, which reversed an order of Special Term deny-
ing a motion to vacate a warrant of attachment and vacating
said attachment.

*Esek Cowen* for appellants.

*Payson Merrill* and *Jason Hinman* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.